Honorable U.S. District Judge James. p. Jones.

180 W. Main ST

Abingdon, Va 24210

1:12CR24

7/3/13

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

JUL - 9 2013

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

Dear Mr. Honorable Judge Jones:

I'm writing you in regards to Me pulling My plea from Guilty to not-Guilty My 1st letter to you was May 23 24th or 25th 2013. I've also Sent Randall C. Eads letters dated May 24th 25th as well as letters dated in the Months of June & July, 2013. I've told him in every Meeting that i've had with him (Trial & Trial) (only). Pleading guilty is not an option at all due to the fact I'am not Guilty of any Type of Conspiracy that the govt has Put forth on Paper. Between the dates of 5/15/13 and 5/18/13, I don't know what happened to Me as i was Put on Suicide watch on 5/16/13 given a Pill on 5/17/13, And all of a Sudden im pleading guilty to Charges on that Monday 5/19/13. Charges that's 100% Baseless, 100% with out any Merit at all. Fictions Charges, Fictions Conspiracy Charges Coerced witnesses ready to testify as well as Me Being Coerced. I'm glad i now know The True definition of what "Coerce & Coercion" actually Means As that is exactly what took place at Randall. C. Eads on Me on Thursday all the way to Sat Morning 5/15 to 5/17/13. I'll never forget about how he told Me That if he had to stay with me till the Morning to get the plea Signed Then He would. Friday Morning he told Me he was Filing a Motion to Withdraw, Something he wanted to do The Minute i was Indicted on Conspiracy charges. He Can Say what he want, But actions speak Louder Than words And his

done nothing that proves that he wanted to go to trial. It's no way in my right mind that i wanted to plead guilty - nor would i've pleaded guilty if i was in my right state of mind. 15 Months of Preparing for my Case And i still don't have my Motion of Discovery on File; It's no way on this planet earth that i will plead guilty to these Petty Charges. Any Charge Can Sound Serious on Paper when the Gov't is Wording it to Sound Serious. EveryThing that i Said at that Guilty Plea Hearing was Only Said to satisfy the Courts It was not Voluntary by Me Abrahant Khan Henry. I'm Asking for a fair Trial As well as a Fair Shot at going to Trial I do not want to plead guilty And I'm Asking for my plea to be Changed to not-guilty so i can Proceed to go to trial with a new Lawyer. All i want if is a fair shot at going to trial The Gov't already wants to lock me up and Throw The Key Away And never let Me See my Kids and Family. They Claim to have a Solid Case on me Then i'm Asking to go to trial if They Case is So Strong. I'm gonna write The President every day explaining how this Case was built around Perjury and Gov't Cover ups all in Favor to Convict me.

I'm Asking for a new Trial date, I'm Ready to go to Trial, I'm not trying to Stall out why would i when this is a Fictions Conspiracy built off of illegal Tactics.

Sincerly

Abrahant Henry